UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIONEL PARKS, SR,
(DOC #67187)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 07-282-JVP-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 29, 2008 (doc. 22). Plaintiff has filed an objection (doc. 24) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motion for summary judgment, (doc. 20) is DENIED. Defendants' motion for summary judgment (doc. 17) is GRANTED, dismissing plaintiff's claims against the defendants, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and this action shall be DISMISSED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 3, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA